## IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| **AARON TREMELL HILL, SR.,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **NO. P-24-CV-00012** |
| | § | |
| **CITY OF MONAHANS,** | § | |
| **Defendant.** | § | |

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION, INSUFFICIENT PROCESS, OR, IN THE ALTERNATIVE, FAILURE TO STATE A CLAIM

ON THIS DAY came on to be considered the City of Monahans, Texas, City Manager Rex Thee, Sergeant Luis Esquivel, and Officer Jennifer Terrazas (collectively "Defendants") Motion to Dismiss pursuant to Rules 12(b)(2), 12(b)(4), or, in the alternative, 12(b)(6) of the Federal Rules of Civil Procedure and the Court after having considered the Motion is of the opinion that this Motion is meritorious;

IT IS THEREFORE ORDERED that Defendants' Motion to Dismiss herein be in all things granted. Plaintiff's claims against the City of Monahans, City Manager Rex Thee, Sergeant Luis Esquivel, and Officer Jennifer Terrazas are dismissed with prejudice.

SIGNED this _____ day of _____, 2024.

_____
UNITED STATES MAGISTRATE JUDGE

MIDLAND\004785\000376\3738827.1