Exhibit A

interrogation, or questioning of a person by any of your law enforcement officers or by any member or employee of the City of Monahans Police Department;

6. A copy of any and all written policies, guidelines, and procedures made and promulgated by the City of Monahans or the City of Monahans Police Department regarding the issuance or enforcement of a criminal trespass report or citation to any person;

7. A copy of any and all written policies, guidelines, and procedures established and promulgated by the City of Monahans or City of Monahans Police Department regarding the request or demand for a person to show or provide identification to one of your law enforcement officers or any member or employee of the City of Monahans Police Department;

8. For the date starting September 9, 2022, all videotaped or body camera recordings of Aaron Hill form the body camera of Officer Jennifer Terrazas and Officer Juan Esquivel.

If there is a charge for the request made herein, please let me know and I will pay the cost of reproducing or copying this information. Should you have any questions regarding the above-mentioned open records request, please do not hesitate to contact the undersigned at your earliest opportunity.

Sincerely,

Charles C. Smith

CCS/as

cc: *Via Email: aaronhill73@yahoo.com and Regular Mail*
Aaron Hill
13949 Jacktar St
Corpus Christi, Texas 78418