*Exhibit A*

TELEPHONE NO.
(361)883-1055

**Charles C. Smith**
ATTORNEY AT LAW
615 N. UPPER BROADWAY, STE. 1710
CORPUS CHRISTI, TEXAS 78401

TELECOPIER NO.
(361)883-4041

Friday, November 18, 20__

*Via Email (city-secretary@cityofmonahans.org)*
*Via CM/RRR 7016 0910 0001 3121 7434*

7016 0910 0001 3121 7429

7016 0910 0001 3121 7436

Rex M. Thee
City Manager
City of Monahans
112 W. 2nd St.
Monahans, Texas 79756

Re:    Open Records Request: Video Tape/Body Camera Preservation

Dear Mr. Thee,

Please accept this written notice as an Open Records Request to secure the following information and/or documents that are in existence and have been prepared, compiled or generated in connection with Aaron Hill. Request is hereby made for the following to be released within ten days of this request.

1. All incident reports initiated or made by Mario Javier Molina against Aaron Hill from April 1, 2022 to the present, which were initiated or requested by Mario Javier Molina;

2. Recordings of 911 or other calls made to the City of Monahans or the City of Monahans Police Department from the Dollar Tree store at 403 S. Main St., Monahans, Texas, from January 1, 2022 to the present;

√3. Recording of any 911 or other calls made by Mario Javier Molina to the City of Monahans or the City of Monahans Police department regarding Aaron Hill from April 1, 2022, to the present;

4. Any reports, observations, or investigations initiated or made by the City of Monahans or the City of Monahans Police Department surrounding any Texas Penal Code violations committed by or involving Aaron Hill from April 1, 2022, to the present;

5. A copy of any and all written policies, guidelines, and procedures in effect and promulgated by the City of Monahans or the City of Monahans Police Department between January 1, 2020, through October 31, 2022, regarding the detention,