Exhibit B

**Charles C. Smith**
ATTORNEY AT LAW
615 N. UPPER BROADWAY, STE. 1710
CORPUS CHRISTI, TEXAS 78401

TELEPHONE NO.
(361)883-1055

TELECOPIER NO.
(361)883-4041

**Friday, April 7, 2023**

*Via Regular U.S. Mail*
*And Via Email (city-secretary@cityofmonahans.org)*
Rex M. Thee
City Manager
City of Monahans
112 W. 2nd St.
Monahans, Texas 79756

     Re:    September 9, 2022, wrongful detention of Aaron Hill

Dear Mr. Thee,

The purpose of this letter is to inform you that I have been retained by Mr. Aaron Hill to pursue a claim based upon the conduct of members of your police department that occurred on September 9, 2022. Without engaging in any prior wrongful or criminal activity, Mr. Hill was detained by members of your police department who, among other things, without justification demanded that Mr. Hill provide his identification, and if he failed to do so, he would be arrested. Although this request by members of your police department was not consistent with your internal policies and procedures or legal authority under the Texas Penal Code, your law enforcement officers intimidated and wrongfully detained Mr. Hill under circumstances that were not justified.

At this time, I would like to open a dialogue with your office to initiate a process by which the parties can address and resolve Mr. Hill's claim. As a starting point, I would like to know the name and identity of the person, if not you, that I should talk to about addressing Mr. Hill's claim. Accordingly, at your earliest opportunity let me know what interest, if any, you have to discuss Mr. Hill's claim as outlined above.

Sincerely,

Charles C. Smith

cc:    *via email:*
      Aaron Hill