Exhibit C

Compose

← Back    ↩ ↪ ✉ ☆ 🗀 🗑 •••    ↑ ↓ ✕    Starred   Contact

- 🗀 Inbox   5
- ☆ Starred
- ◁ Sent
- 🗋 Drafts
- 🗁 Folders   ⌃
- ⊕ New Folder
- 13949 jacktar
- billington partnership
- biomodulator
- Deleted Items
- Junk   5
- Notes
- Recipes
- Sent Items
- Synced Messages   11
- Unwanted   19

🗀 Sent

# Fw: Office of the Attorney General, Open Records Division ID# OR-24-008910-IC 📎

**Kelly Billington**
To: Aaronhill73 · Thu, Apr 18, 2024 at 2:16 PM ⌄

Yahoo Mail: Search, Organize, Conquer

----- Forwarded Message -----
**From:** "OpenRecordsAssistance" <OpenRecordsAssistance@oag.texas.gov>
**To:** "city-secretary@cityofmonahans.org" <city-secretary@cityofmonahans.org>

**Sent:** Thu, Apr 18, 2024 at 2:15 PM
**Subject:** Office of the Attorney General, Open Records Division ID# OR-24-008910-IC

Dear Ms. Todd,

The Office of the Attorney General (the "OAG") has received a complaint from Kelly Hill alleging the City of Monahans (the "city") has failed to respond appropriately to a request for information. The complaint was assigned ID# OR-24-008910-IC. Please see the attached documents regarding the complaint.

A response may be submitted by fax to the Education and Enforcement Section of the Open Records Division at (512) 481-1992 or mail to P.O. Box 12548, Austin, Texas 78711.

To submit a response through the online form (https://oag.my.site.com/OpenRecords/s/), you must include the full complaint ID number provided above in order to submit your documentation.

Sincerely,

Education and Enforcement Section

Open Records Division

PLEASE NOTE: ORD does not respond to questions sent to this e-mail address. If you need further assistance, please contact the Open Government Hotline at 1-877-673-6839.