Exhibit C

https://www.texasattorneygeneral.gov/open-government.

Thank you for your prompt attention to this matter.

Sincerely,

Open Records Division

Ref:     ID# 24-008910-IC

c:       Aaron Hill

         Sent via e-mail.