**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**PECOS DIVISION**

| | | |
|---|---|---|
| **AARON TREMELL HILL, SR.,**<br>  *Plaintiff,* | § § § § § § § § § | |
| **v.** | | **P:24-CV-00012-DC** |
| **CITY OF MONAHANS, et. al,**<br>  *Defendants.* | | |

## FINAL JUDGMENT

This Court recently dismissed all of Plaintiff's claims in its order adopting Magistrate Judge

David B. Fannin's report and recommendation.

As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of

Civil Procedure 58.

**IT IS ORDERED** that each party bears its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

It is so **ORDERED**.

SIGNED this 29th day of July, 2025.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE